```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JOSEPH A. WIGHT
```

FILED
SEP 23 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH A. WIGHT,<br><br>        Defendant. | No. 08-367-DAD<br><br>STIPULATION AND PROPOSED ORDER TO VACATE TRIAL CONFIRMATION HEARING AND JURY TRIAL AND TO SET HEARING ON MOTION TO SUPPRESS EVIDENCE AND BRIEFING SCHEDULE<br><br>Judge: Hon. Dale A. Drozd<br>Date:  September 23, 2008<br>Time:  10:00 a.m. |

    The United States of America, through S. ROBERT TICE-RASKIN, Assistant United States Attorney, together with defendant, CHRISTOPHER JOHNSON, by counsel MICHAEL PETRIK, Jr., Office Of The Federal Defender, stipulate to vacate the trial confirmation hearing set for September 23, 2008, at 10:00 a.m., and the jury trial set for October 6, 2008, at 10:00 a.m., and set this case for a hearing defendant's motion to suppress evidence on November 12, 2008, at 10:00 a.m.

    The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court

STIPULATION AND PROPOSED ORDER      1      08-367-DAD

should exclude time from the date of this order through November 12, 2008, for defense preparation. 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4]. The parties further stipulate that the Court should exclude time through November 12, 2008, for pretrial motions. 18 U.S.C. § 3161(h)(1)(F) [Local Code E].

The parties stipulate to the following briefing schedule:

| | |
|---|---|
| Defendant's Motion due | October 1, 2008 |
| Government's Response due | October 29, 2008 |
| Defendant's Reply due | November 5, 2008 |
| Motion Hearing | November 12, 2008 at 10:00 a.m. |

The parties agree that the Court may set the trial confirmation hearing and the jury trial following the motion hearing.

Dated: September 17, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Staff Attorney/Misdemeanor Unit

Dated: September __, 2008

McGREGOR W. SCOTT
United States Attorney

S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated: 9/23/08

HON. DALE A. DROZD
United States Magistrate Court

STIPULATION AND PROPOSED ORDER          2          08-367-DAD