McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
EMILY HADEN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2739


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 08-0367 DAD |
| | ) | |
| Plaintiff, | ) | Stipulation and Order to |
| | ) | Continue Briefing Schedule and |
| v. | ) | Hearing |
| | ) | |
| JOSEPH A. WIGHT, | ) | Date:  November 12, 2008 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| | ) | |

It is hereby stipulated and agreed between the United States
and the defendant, JOSEPH A. WIGHT, by and through his undersigned
counsel, to continue the briefing schedule as follows:

Government's Response due December 8, 2008, Defendant's
Reply, if any, due December 22, 2008, and Motion Hearing on
January 6, 2009.

The Government requests this continuance because additional
investigation is needed.  The citing officer has been out of town
for the past month, and it is necessary that our office speak with
him in order to adequately respond to the defendant's motion to
suppress.  The parties are also waiting for supplemental reports
/////

1

1   to be submitted by the citing officer and another officer who was

2   present.

3      All of the above was related to me by law clerk Emily Haden.

4      This court previously entered an order to exclude time from

5   September 23, 2008, to November 12, 2008.  The parties agree that

6   time may continue to be excluded pursuant to 18 U.S.C. §

7   3161(h)(1)(F), from the date the defense filed the motion, October

8   1, 2008, through the date of its resolution.

9   DATED: October 23, 2008         McGREGOR W. SCOTT
                              United States Attorney

10

11                           By:  /s/ S. Robert Tice-Raskin
                              S. ROBERT TICE-RASKIN

12                               Assistant U.S. Attorney

13

14   DATED: October 23, 2008         DANIEL J. BRODERICK
                              Federal Defender

15

16                           By:  Michael Petrik Jr.
                              MICHAEL PETRIK JR.

17                               Staff Attorney
                              Office of the Federal Defender

18                               Attorney for Defendant

19

20                   O R D E R

21   IT IS SO ORDERED:

22   DATED: October 23, 2008.

23

24                       DALE A. DROZD

25                       UNITED STATES MAGISTRATE JUDGE

26

27   Ddad1/orders.criminal/wight0367.stipord

28